UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE TERRELL MOORE,

    Plaintiff,                      Case No. 24-11768
                                          Honorable Nancy G. Edmunds

v.

PIAZZA, ET AL.,

    Defendants.
_____/

**OPINION AND ORDER SUMMARILY DISMISSING CASE**

Terrence Terrell Moore is in the custody of the Michigan Department of Corrections, currently incarcerated at the Saginaw Correctional Facility in Freeland, Michigan. He has filed a *pro se* civil rights complaint alleging that defendants have stolen items from several mail packages intended for him. Because Plaintiff has been enjoined from filing lawsuits in this Court without first obtaining leave of the Chief Judge, and such leave has not been granted, the Court dismisses the complaint.

On March 23, 2015, United States District Judge Arthur J. Tarnow enjoined Plaintiff "from filing any new actions in the United States District Court for the Eastern District of Michigan without first applying for and receiving a court order from the Chief Judge authorizing the filing of such lawsuit." *See Moore v. Hartley, et al.*, No. 2:09-cv-13536 (E. D. Mich. Mar. 23, 2015). Plaintiff has not alleged or demonstrated that he received permission from the Chief Judge of this District to file this lawsuit. Therefore, the Court finds that Plaintiff is barred from initiating this action and DISMISSES the complaint.

SO ORDERED.

                                                  s/Nancy G. Edmunds  
                                                  NANCY G. EDMUNDS  
                                                  UNITED STATES DISTRICT JUDGE

DATED: July 25, 2024